**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Nakia GARRUS, Petitioner.**

Supreme Court of Pennsylvania.

March 4, 2003.

***ORDER***

PER CURIAM.

**AND NOW,** this 4th day of March, we hereby **GRANT** the Petition for Allowance of Appeal and limit it to the issue of the legality of the sentence imposed. Allow-ance of Appeal is denied in all other respects.

Justice LAMB did not participate in the consideration or decision of this matter.